UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALT SOURCE, LLC, | § § § § § § | |
| Plaintiff, | | |
| VS. | § § § | Civil Action No.: _____ |
| EAGLE BULK PTE. LTD., GLASSEY FINANCIAL, INC. *in personam* *M/V GLADIATOR*, bearing IMO No. 9605853, her tackle, appurtenances, etc., *in rem* | § § § § § § | |
| Defendants. | | |

**ORIGINAL VERIFIED COMPLAINT**

Plaintiff Salt Source, LLC, files this original verified complaint pursuant to Rules B and C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Foreclosure Actions of the Federal Rules of Civil Procedure and shows the following:

### I.  JURISDICTION, VENUE AND PARTIES

1. This is an action for breach of a maritime contract which is an admiralty and maritime claim within the meaning of 28 U.S.C. §1333, and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rules B and C of the Supplemental Rulesof Certain Admiralty and Maritime Claims.

2. Jurisdiction is proper in this court pursuant to 28 U.S.C. §1333 and venue is proper in this district pursuant to 28 U.S.C. §1391(b)(2).

3. Plaintiff was the voyage charterer of *M/v Gladiator,* IMO 9605853 ("*M/v Gladiator*") owned and operated by defendant Glassey Financial, Inc. a foreign corporation.

4. Defendant Eagle Bulk PTE. LTD., the time charterer of *M/v Gladiator,* is a Singapore limited liability company with its principal place of business at 9 Raffles Place#14-02, Republic Plaza 1, Singapore 048619.

5. Defendant Glassey Financial Inc., the owner of *M/v Gladiator*, is a Greek or other foreign corporation with its principal place of business c/o Enterprises Shipping & Trading, Inc. at 11 Poseidonos Avenue, Elliniko, 167 77 Athens, Greece.

6. Defendant *M/v Gladiator* is an ocean-going bulk carrier and is expected to be in the jurisdiction of this court.

7. Venue is proper in this jurisdiction because Defendants' assets are currently or soon to be in the Southern District of Texas.

## II.    FACTUAL BACKGROUND

8. In early 2020, Salt Source and Eagle entered into a Contract of Affreightment ("CoA") for the carriage of food grade solar salt in bulk from Termisa, Brazil to the United States. The contract was to be performed in four shipments over the course of several months. Under the CoA, Eagle nominated *M/v Gladiator* to carry the first cargo. Cargo loading was completed on April 29, 2020 and 44,000 metric tons of solar salt were confirmed to have been loaded aboard *M/v Gladiator* in good order and condition. See, Exhibit 1 which is a copy of the bill of lading issued on behalf of Captain Apostolos Parlapanidis, Master of *M/v Gladiator*.

9. *M/v Gladiator* arrived in the U.S. on May 14, 2020 and commenced discharging the cargo. Discharging operations were completed on May 20, 2020.

10. To Salt Source's surprise, approximately 1000 metric tons the cargo of solar salt was delivered in damaged condition—extensively contaminated with rust, paint chips and iron ore making it unsuitable for its intended use in food grade products. The damaged

salt was loaded onto the ground outside of the food grade terminal.

11. Salt Source provided notice to *M/v Gladiator*, Glassey and Eagle for a joint survey of the damage and Glenn Mitchell of Sabine Surveyors attended the joint survey on their behalf.

12. Eagle commenced arbitration proceedings against Salt Source in New York before the Society of Maritime Arbitrators and Salt Source has asserted a counterclaim for breach of charter party and cargo damage.

13. Salt Source demands security in aid of arbitration and seeks pre-judgment attachment of defendants' property located in this district.

### III.   CAUSES OF ACTION

**Breach of Charterparty, CoA and Bill of Lading**

14. Salt Source reasserts the allegations from paragraphs 1-13 as if fully set forth herein.

15. Salt Source contracted with Eagle, Glassey and *M/v Gladiator* for the safe transport of 44,000 metric tons of food grade solar salt from Brazil to the U.S.

16. Salt Source has performed all conditions precedent, or was otherwise willing, ready and able to do so, according to the CoA, charterparty and bill of lading.

17. Despite providing food grade solar salt in good condition loaded aboard *M/v Gladiator*, Eagle, Glassey and *M/v Gladiator* breached the CoA, charterparty and bill of lading by damaging the cargo of salt and delivering approximately 1000 metric tons in damaged and unusable condition.

18. *M/v Gladiator*, Eagle and Glassey are all liable as carriers under the Harter Act of 1893, 46 U.S.C. App. Sections 190-196, and the Carriage of Goods by Sea Act, 46 U.S.C. App. Sections 1300-1315.

19. As a direct and proximate result thereof, Salt Source has suffered damages in the

amount of at least $200,000, as near as can be presently estimated.

20. Eagle and Salt Source are engaged in arbitration of their dispute as agreed in the CoA. Glassey and *M/v Gladiator* have not appeared in the arbitration.

21. Salt Source demands security in aid of arbitration to secure the debt and/or damages caused by defendants' breaches. The use of pre-judgment (arbitral) attachment is appropriate. *See* Fed. R. Civ. P. 64 ("Seizure of Person or Property").

**Rule B Attachment and Rule C Arrest**

22. Pursuant to Rules B and C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to the Federal Rules of Civil Procedure, Salt Source has a maritime lien against *M/v Gladiator* and any property of Eagle or Glassey found in the district for breach of the charterparty which may be enforced by the attachment of property and *in rem* seizure of *M/v Gladiator*.

23. Therefore, Salt Source requests that process in due form of law, according to the practices of this court is issued against all property of Eagle and Glassey found in the district and against *M/v Gladiator*, her engines, machinery, tackle, apparel, equipment, rigging, and all other necessary appurtenances, and freight, etc.

24. All the foregoing premises are true and correct and within the admiralty and maritime jurisdiction of this court.

WHEREFORE, Salt Source respectfully requests that this court grant the following relief:

(1) That process in due form of law, according to the practice of this court in cases of admiralty jurisdiction issue *in rem* against the *M/v Gladiator* her engines, machinery, tackle, apparel, equipment, rigging, and all other necessary appurtenances, and freight, etc., and *in personam* against Eagle and Glassey.

(2)   That a judgment be entered *in rem* in favor of Salt Source against M/v Gladiator, her engines, machinery, tackle, apparel, equipment, rigging, and all other necessary appurtenances, and freight, etc., and judgment *in personam* against Eagle and Glassey;

(3)   That the court retain jurisdiction over *M/v Gladiator*, within the district in order to enter a judgment upon any decree in this action;

(4)   That the damages stemming from the breach of the charterparty be declared to be a valid and subsisting lien upon *M/v Gladiator*, her engines, machinery, tackle, apparel, equipment, rigging, and all other necessary appurtenances, and freight, etc., and all other equipment and necessaries belonging and appurtenant thereto, which to the extent permitted by applicable law is prior and superior to other potential interest, liens or claims of any and all persons, firms or corporations whatsoever.

(5)   That Salt Source be awarded its attorneys' fees and costs of this action; and

(6)   That Salt Source be granted all such other and further relief as equity, justice and the nature of this case will allow.

DATED this 11th day of May, 2021.

By: /s/ *Peter A. McLauchlan*
Peter A. McLauchlan
State Bar No. 13740900
Federal Bar No. 6370
David C. McLauchlan (motion for admission *pro hac vice* pending)
**THE MCLAUCHLAN LAW GROUP, LLC**
950 Echo Lane, Suite 200
Houston, TX 77024
T:  832-966-7210
F:  832-966-7210

*ATTORNEYS FOR PLAINTIFF,*

*SALT SOURCE, LLC*

Case 4:21-cv-01554   Document 1   Filed on 05/11/21 in TXSD   Page 6 of 7

*Matt Friedrich*
MATT Friedrich

**VERIFICATION**

STATE OF MINNESOTA §
§
COUNTY OF HENNEPIN §

Before me, the undersigned authority, personally appeared Matthew Friedrich, as President of Salt Source, LLC is personally known to me, and who was duly sworn and says that he has read the foregoing Verified Complaint and is familiar with its contents which are true to the best of his information and belief.

Dated this 11th day of May 2021.

Notary public

JAMES F GAMBLE
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2025

My commission expires: